IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) INDICTMENT |
| Plaintiff, | ) |
| v. | ) CASE NO: 1:20 CR 075 |
| | ) Title 18, United States Code, |
| DENNIS WILLIAMS, | ) Section 922(g)(1) and 924(a)(2) |
| Defendant. | ) JUDGE OLIVER |

COUNT 1
(Felon in Possession of Firearm and Ammunition, 18 U.S.C. § 922(g)(1)) and 924(a)(2))

The Grand Jury charges:

That on or about September 22, 2019 in the Northern District of Ohio, Eastern Division, Defendant DENNIS WILLIAMS, knowing he had previously been previously convicted of a crime punishable by imprisonment for terms exceeding one year, that being: Attempted Felonious Assault with a Firearm Specification on or about November 6, 2014, in Case Number CR-14-585441, in Cuyahoga County Common Pleas Court, knowingly possessed in and affecting interstate commerce a firearm, to wit, a loaded .22 caliber Phoenix Arms HP22 semi-automatic handgun bearing serial number 4503246 and 1 round of ammunition, said firearm and ammunition having been shipped and transported in interstate commerce, in violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.