UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO.: 1:20 CR 75 |
| Plaintiff | ) ) | JUDGE SOLOMON OLIVER, JR. |
| v. | ) ) | |
| DENNIS WILLIAMS, | ) ) | |
| Defendant | ) ) | **ORDER** |

This matter was before the court on November 4, 2022, for a supervised release violation hearing, upon the recommendation of the Pretrial Services and Probation Officer. Defendant Dennis Williams was present and represented by Assistant Federal Public Defender Alvaro DeCola. The United States was represented by Assistant United States Attorney Jennifer King. The Pretrial Services and Probation Office was represented by Diana Samad. The court reporter was George Staiduhar. The defendant admitted to supervised release Violation 2 previously before Magistrate Judge William H. Baughman, Jr. on May 3, 2022, who issued a report and recommendation, as set forth on the record, and again before this court today. The court held in abeyance any finding as to Violation 1 until the underlying Municipal Court charges could be addressed and resolved. To date, this has not happened as Mr. Williams has been incarcerated in this case, and could not appear to address those charges. The court continues this matter until the municipal court charges can be resolved.

IT IS ORDERED that Defendant's supervision is continued with the same terms and

conditions as previously imposed, with the added condition that he shall be placed in a half way house as soon as possible for a period of approximately 90 days. He shall be permitted to leave the residence to attend all court proceedings, pursue employment, and to attend drug abuse and mental health treatment as directed by his probation officer. Mr. Williams shall remain in custody until a half way house placement is secured, for up to two weeks, if necessary. Defendant shall have no contact with the alleged victim in the underlying matter. Defendant was advised of his right to appeal.

       IT IS SO ORDERED.

                                      /s/*SOLOMON OLIVER, JR.*
                                      UNITED STATES DISTRICT JUDGE

November 4, 2022